FILED 17 AUG '21 15:58 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**SEALED**

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:21-cr-295-HZ |
| v. | INDICTMENT |
| CHRYSTAL WILLIAMS, | 18 U.S.C. § 1028A |
| Defendant. | 18 U.S.C. § 1344 |
| | Forfeiture Allegation |
| | <u>UNDER SEAL</u> |

THE GRAND JURY CHARGES:

<u>COUNTS 1 - 7</u>
(Aggravated Identity Theft)
(18 U.S.C. § 1028A)

On or about the dates set forth below in each Count, in the District of Oregon and elsewhere, defendant CHRYSTAL WILLIAMS, did unlawfully, knowingly, and intentionally possess, and use, without lawful authority, a means of identification of another, knowing that the means of identification belonged to a real person, during and in relation to felony violations of 18 U.S.C. §1344:

///

///

///

///

| Count | Date | Amount | Means of Identification | Felony Violations |
|---|---|---|---|---|
| 1 | 5/19/2020 | $7,384.40 | Account Number belonging to VICTIM 1 | 18 U.S.C. §1344 |
| 2 | 6/10/2020 | $7,942.43 | Account Number belonging to VICTIM 2 | 18 U.S.C. §1344 |
| 3 | 6/22/2020 | $1,753.91 | Account Number belonging to VICTIM 3 | 18 U.S.C. §1344 |
| 4 | 6/24/2020 | $3,522.00 | Account Number belonging to VICTIM 4 | 18 U.S.C. §1344 |
| 5 | 6/30/2020 | $19,400.00 | Account Number belonging to VICTIM 5 | 18 U.S.C. §1344 |
| 6 | 7/9/2020 | $58,522.35 | Account Number belonging to VICTIM 6 | 18 U.S.C. §1344 |
| 7 | 7/13/2020 | $1,275.00 | Account Number belonging to VICTIM 7 | 18 U.S.C. §1344 |

In violation of Title 18, United States Code, Section 1028A.

### COUNTS 8 - 14
### (Bank Fraud)
### (18 U.S.C. § 1344)

On or about the dates set forth below in each Count, in the District of Oregon and elsewhere, defendant CHRYSTAL WILLIAMS, for purposes of executing and attempting to execute the material scheme and artifice to defraud described in Counts 1 – 7 of this Indictment and for obtaining money, funds, or property owned or under control of the named financial institution by means of materially false or fraudulent pretenses, representations, or promises knowingly committed the following acts:

///

///

///

///

///

**Indictment**  Page 2

| Count | Date | Financial Institution | Description of Execution |
|---|---|---|---|
| 8 | 5/19/2020 | Comerica Bank account of VICTIM 1 | Deposit at Wells Fargo Bank, N.A |
| 9 | 6/10/2020 | Bank of America account of VICTIM 2 | Deposit at Wells Fargo Bank, N.A. |
| 10 | 6/22/2020 | United States Bank account of VICTIM 3 | Deposit at Wells Fargo Bank, N.A. |
| 11 | 6/24/2020 | Keybank account of VICTIM 4 | Deposit at Wells Fargo Bank, N.A. |
| 12 | 6/30/2020 | Wells Fargo Bank, N.A. account of VICTIM 5 | Deposit at Wells Fargo Bank, N.A. |
| 13 | 7/9/2020 | Wells Fargo Bank, N.A. account of VICTIM 6 | Deposit at Wells Fargo Bank, N.A. |
| 14 | 7/13/2020 | Wells Fargo Bank, N.A. account of VICTIM 7 | Deposit at Wells Fargo Bank, N.A. |

In violation of Title 18, United States Code, section 1344.

## FORFEITURE ALLEGATION

Upon conviction the offenses in Counts 1 – 14, defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: August 17, 2021

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

ETHAN D. KNIGHT, OSB #992984
Assistant United States Attorney

**Indictment**                                                                    Page 3